UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALEM YEHIWAS MENBERU,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden,<br><br>Respondent. | Case No.:  3:26-cv-2015-CAB-JLB<br><br>**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Lalem Yehiwas Menberu.  [Doc. No. 1 ("Petition").]

Respondents' return to the Petition "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  [Doc. No. 5 at 1.]

///
///
///
///
///
///

1

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **April 24, 2026**.  The Clerk of the Court shall close the case on May 1, 2026 unless the Court is notified that the bond hearing did not occur

It is **SO ORDERED**.

Dated: April 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge